**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| VALERIE TORRES and VISHAL SHAH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>SELECTQUOTE INSURANCE SERVICES and SELECTQUOTE INC.,<br><br>Defendants | Case No.: 2:24-cv-02020-EFM-GEB<br><br>CLASS ACTION<br><br>CHIEF JUDGE ERIC F. MELGREN |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

Defendants SelectQuote Insurance Services and SelectQuote Inc., by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Class Action Complaint. In support thereof, the Defendants rely upon the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: July 1, 2024

BY: */s/ Mary C. O'Connell*
Mary C. O'Connell
Rouse Frets White Goss Gentile Rhodes, P.C.
5250 W. 116th Place, Suite 400
Leawood, KS 66211
Phone: 913-387-1600
Fax: 913-928-6739
moconnell@rousepc.com

James F. Monagle* (*pro hac vice*)
Mullen Coughlin LLC
500 Capitol Mall, Suite 23250
Sacramento, CA 95814

Phone: 267-930-1529
Fax: 267-930-4771
jmonagle@mullen.law

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Mary C. O'Connell, state that I filed a true and correct copy of the Motion of Defendants SelectQuote Insurance Services and SelectQuote, Inc. to Dismiss Plaintiffs' Complaint via the Court's electronic filing system, which caused a copy to be served on all counsel of record.

Dated: July 1, 2024

*/s/ Mary C. O'Connell*
Mary C. O'Connell